IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOEL ANAYA,** | Case No. 2:15-cv-01991-JAM-CMK |
| Plaintiff, | **ORDER** |
| **v.** | |
| **GAMBERG, et al.,** | |
| Defendants. | |

The Court, having considered Defendants' request for an extension of time to file a reply to Plaintiff's opposition to Defendants' motion for summary judgment, and good cause having been shown:

**IT IS ORDERED** that Defendants are granted an extension of time of twenty-one days, to August 23, 2018, to file and serve their reply to Plaintiff's opposition to Defendants' motion for summary judgment.

Dated: August 2, 2018

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE