IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOEL ANAYA,**<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**GAMBERG, et al.,**<br><br>　　　　　　　　　　　Defendants. | Case No. 2:15-cv-01991-JAM-DMC<br><br>**ORDER** |

The Court, having considered Defendants' Motion to Modify the Discovery and Scheduling Order and Vacate the September 24, 2018, dispositive motion deadline (ECF No. 18), and good cause appearing:

IT IS HEREBY ORDERED that the September 24, 2018, dispositive motion deadline is vacated. The new dispositive motion deadline will be set upon resolution of the pending motion for summary judgment.

Dated: September 20, 2018

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE